UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00159-ABJ |
| v. : | |
| : | |
| CLEVELAND GROVER : | |
| MEREDITH, JR., : | |
| : | |
| Defendant. : | |

## ORDER

The parties herein, Cleveland Grover Meredith, Jr., and the United States of America have moved for an order directing the Federal Bureau of Investigation ("FBI") to transfer to two firearms and ammunition to Power of Attorney, Tyler Dixon (Dixon). The firearms and ammunition (collectively, "firearms") at issue are a Glock 19, nine-millimeter handgun, serial number 17US0037, a model IWI Tavor X95 rifle, serial number T0062414, approximately 2,500 rounds of ammunition, and 10 large capacity ammunition feeding devices listed below:

* \* Approximately 856 loose and boxed 9 mm cartridges;
* \* Approximately 320 loose, green tipped, LC17 rifle cartridges;
* \* Approximately 1001 loose, copper-color tipped, 5.56 mm rifle cartridges;
* \* Approximately 94 loose 30-30 rifle cartridges;
* \* Two 15-capacity 9 mm magazines containing approximately 29 total cartridges;
* \* Two 31-capacity 9 mm magazines containing approximately 62 total cartridges;
* \* One 50-capacity 9 mm drum magazine containing approximately 53 total

      cartridges;

\*  Five 5.56 mm rifle magazines containing a total of 118 cartridges (110 copper-color tipped cartridges and 8 green tipped cartridges); and

\*  One 9 mm expended cartridge case.

Having considered the respective submissions of the United States of America, Meredith, and Dixon, and having determined that the movants are entitled to the requested relief:

IT IS THEREFORE ORDERED under the authority recognized by the United States Supreme Court in *Henderson v. United States*, 135 S.Ct. 1780 (2015), that as soon as practical, the FBI shall cause the firearms and ammunition to be made available to Tyler Dixon so that he may take possession of them.

IT IS FURTHER ORDERED that upon Tyler Dixon's taking possession of the firearms and ammunition, any and all of Cleveland Grover Meredith Jr.'s property rights and ownership interests in the firearms and ammunition shall be vested in Tyler Dixon.

Date: _____

      HONORABLE AMY BERMAN JACKSON
      United States District Judge